AO 91(Rev.5/85) Criminal Complaint

**FILED**
CLERK, U.S. DISTRICT COURT

07/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

**LODGED**
CLERK, U.S. DISTRICT COURT

7/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPTUY

# United States District Court

**CENTRAL          DISTRICT OF          CALIFORNIA**

**UNITED STATES OF AMERICA**
**V.**
**RICHARD TERRELL BROOKS**
**REG#: 69442-112**

2:22-mj-02914-DUTY

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about October 05, 2020, in Los Angeles County, in the Central District of California, defendant Richard Terrell BROOKS did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751.   I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about October 06, 2020, the United States Marshals Service received information from Marvin Gardens Residential Reentry Center ("RRC") stating that on October 05, 2020, BROOKS had escaped from federal custody when he walked away from the Marvin Gardens RRC located at 9411 S. Central Ave., Los Angeles, California 90002, without authorization.   According to Bureau of Prisons records, BROOKS is a black adult male, approximately 5 feet 9 inches tall, weighing approximately 225 pounds, with brown hair and brown eyes.   BROOKS is 39 years old and is a United States citizen.

From my review of court records, I learned that on or about April 7, 2017, in the United States District Court for the Central District of California, Case No. 2:15-CR-00446-ODW, BROOKS was sentenced to a term of seventy-seven (77) months' imprisonment with a term of five (5) years of supervised release to follow for convictions of 21 USC § 846 (Conspiracy) and 21 USC § 841 (a)(1),(b)(1)(A)(iii) (Distribution of Cocaine Base in the Form of Crack Cocaine).

On October 05, 2020 at approximately 9:57 p.m. BROOKS walked out of the Marvin Gardens Center without prior authorization carrying his personal belongings.   BROOKS was originally scheduled to be released on March 01, 2021.   The current whereabouts of BROOKS are unknown.

Continued on the attached sheet and made a part hereof:          ☐ Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

/s/ Matthew Starr
_____
Signature of Complaint
Matthew Starr
Deputy U.S. Marshal

July 27, 2022
_____
Date

at Los Angeles, California
_____
City and State

Alicia G. Rosenberg, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer